UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL L. BRYANT, | ) | CASE NO. 4:22-CV-1907 |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | **JUDGMENT ENTRY** |
| WARDEN F. GARZA, | ) | |
| Respondent. | ) | |

For the reasons stated in the Court's accompanying Opinion and Order (Doc. No. 10), the Court finds that Respondent's unopposed motion to dismiss plainly demonstrates that Petitioner has received the requested relief. The Petition is now moot. Accordingly, the Court GRANTS Respondent's Motion to Dismiss Petitioner's Writ of Habeas Corpus Petition pursuant to 28 U.S.C. § 2241 with prejudice. This matter is closed.

IT IS SO ORDERED.

**Date:** March 15, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE